# SWEENEY LEV

A Limited Liability Company

## Attorneys at Law

**GERALD B. SWEENEY**
 NJ, IL, CA & NY BARS

**GARY B. SCHMIDT**
 NY & FL BARS

<u>Of Counsel</u>
**RITA P. CAMPANILE**
 NJ & NY BARS

460 Bloomfield Avenue, Suite 200
Montclair, New Jersey 07042-3552
Tel: 973-509-1800
Fax: 973-509-1074
www.sweeneylev.com

**New York Office:**

909 Third Avenue, #6111
New York, NY 10150-2062
Tel: 212-370-4000

May 28, 2024

**<u>By ECF</u>**
The Honorable Daniel J. Stewart
United States District Court
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 424
Albany, NJ 12207

Re:  Juneau Wang, Plaintiff v. Bethlehem Central School District et al
     Civ. No. 1:21-cv-01023-LEK-DJS

Dear Magistrate Judge Stewart:

We serve as the attorneys for Plaintiff in the above-referenced matter.

This matter was settled during the Mandatory Mediation with James Hacker on Friday May 24th; and all open litigation matters have been suspended, pending execution of a written settlement agreement and entry of a stipulation of dismissal.

Accordingly, we request that the in-person discovery conference scheduled with Your Honor for May 29, 2024 at 1:00 pm to resolve open discovery disputes be cancelled or adjourned as it is no longer needed.

Thank you for your consideration.

Respectfully submitted,

*s/s Gerald B. Sweeney*
Gerald B. Sweeney, Esq.

GBS/gg

cc:  All parties by ECF